# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D23-2542
LT Case No. 2005-CF-000688-A

———————————————

DAMION CLARK,

  Appellant,

  v.

STATE OF FLORIDA,

  Appellee.

———————————————

3.800 appeal from the Circuit Court for Lake County.
Lawrence J. Semento, Senior Judge.

Brett S. Chase, of Chase Law Florida, P.A., Saint Petersburg, for Appellant.

No Appearance for Appellee.

February 20, 2024

PER CURIAM.

  AFFIRMED.

EDWARDS, C.J., and JAY and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____